## BAIN v
## STUDIO DESIGNED HOMES, Inc, et

Ohio Appeals, 1st Dist, Hamilton Co

No 4428.   Decided Jan 8, 1934

Harold Huber, Cincinnati, for appellant.
Edwin G. Becker, Cincinnati, for appellees.

## OPINION

By ROSS, J.

There is no convincing evidence that the company was insolvent, and no evidence of an intent to defraud creditors. It is claimed that the facts related require this court to infer fraud. We know of no rule or law sustaining such contention.

We are confident that such a state of facts does not present a case, in a court of equity, requiring the application of the provisions of §§8618 and 11104 GC, and it is our conclusion that the judgment must be entered in favor of the defendants.

HAMILTON, PJ, and CUSHING, J, concur.